HARRIET MOSHIER, Respondent, v. THE CITY OF NEW YORK and THE DOCK CONTRACTOR COMPANY, Appellants.— Motion denied.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

LEONARD NOREEN, an Infant, etc., Respondent, v. WILLIAM VOGEL & BROTHERS, INC., Appellant.— The point upon which defendant asks to go to the Court of Appeals not having been presented in the briefs on the original argument, we order a reargument of the case upon the point of the effect of the plaintiff having presented a claim and having received compensation from the State Workmen's Compensation Commission. Reargument ordered for the second day of the March term.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.    [See 190 App. Div. 918.]

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion denied on condition that appellants perfect the appeal, place the cause on the March calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHLITZ, Appellant.— Motion denied on condition that appellant perfect the appeal, place the cause on the calendar for March 8, 1920, and be ready for argument when reached; otherwise, motion granted.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

P. REARDON, INC., Respondent, v. DANIEL CATON, Individually and as President of Steamship Clerks' Union, Brooklyn and Staten Island, Local No. 975, I. L. A., an Unincorporated Association, and Others, Appellants.— Order settled and signed.

JAMES S. REARDON, as Treasurer of Truck Owners League of the City of New York, an Unincorporated Association, Respondent, v. INTERNATIONAL MERCANTILE MARINE COMPANY and Others, Appellants.— Order settled and signed.

HENRY F. RISCH, Appellant, v. STAR COMPANY, Respondent.— Motion denied.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

UNITED STATES TITLE GUARANTY COMPANY, Respondent, v. JOHN MICHEL, Appellant.— Appellant's motion to resettle order denied.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

UNITED STATES TITLE GUARANTY COMPANY, Respondent, v. JOHN MICHEL, Appellant.— Respondent's motion to resettle order granted.    Present proposed order on notice, formally reciting motion and resettling the original order.    Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

WILLIAM ZINKE and Another, Copartners, etc., Respondents, v. JOHN C. HIPKINS, Appellant, and Others, Defendants.— Motion denied, without costs.    Present — Mills, Rich, Putnam and Kelly, JJ; Blackmar, J., not voting.